**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI<br><br>    Plaintiff,<br><br>vs.<br><br>DONS TURF MOTEL, a business entity; DOROTHY LYNCH, an individual; LYNCH TURF COURSE, LLC, a California limited liability company;<br><br>    Defendants | Case No.: 8:21-cv-01290-KES<br><br>**JOINT STIPULATION FOR DISMISSAL [~~PROPOSED~~] ORDER** |

## JOINT STIPULATION OF DISMISSAL ~~PROPOSED~~ ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Dated:  __11/1/2021__

_____Karen E. Scott_____
HONORABLE JUDGE OF U.S. DISTRICT COURT

1
JOINT STIPULATION OF DISMISSAL [PROPOSED]  ORDER